**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 15-1677**

_____

JAMES E. DAVENPORT,

        Plaintiff – Appellant,

    v.

SALLIE MAE, INC.; SLM CORPORATION,

        Defendants – Appellees,

    and

EQUIFAX, INC.; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN
DATA CORP.; EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS
UNION, LLC,

        Defendants.

_____

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.   Peter J. Messitte, Senior District
Judge. (8:12-cv-01475-PJM)

_____

Submitted: October 29, 2015      Decided: November 24, 2015

_____

Before NIEMEYER and DIAZ, Circuit Judges, and DAVIS, Senior
Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

James E. Davenport, Appellant Pro Se. John S. Bolesta, Denise E. Giraudo, OGLETREE DEAKINS NASH SMOAK & STEWART, PC, Washington, D.C., for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James E. Davenport appeals the district court's order granting summary judgment in favor of defendants in this civil action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Davenport v. Sallie Mae, Inc.</u>, No. 8:12-cv-01475-PJM (D. Md. June 5, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>